Gemmill v. Fisher—Pet. Docket No. 15 *—denied. Opinion of the Court of Special Appeals unreported (No. 2084, Sept. Term, 2014).

Gonchigar v. Omais—Pet. Docket No. 17 *—denied. Opinion of the Court of Special Appeals unreported (No. 2502, Sept. Term, 2014).

Grant v. Rosenberg—Pet. Docket No. 29 *—denied. Dismissed by the Court of Special Appeals unreported (No. 1929, Sept. Term, 2015).

Green, Davaughn v. State of Maryland—Pet. Docket No. 44 *—denied. Opinion of the Court of Special Appeals unreported (No. 2418, Sept. Term, 2014).

Hall v. Scripture—Pet. Docket No. 559—denied. Dismissed by the Court of Special Appeals (No. 589, Sept. Term, 2015).

Hinton, Jonathan v. State of Maryland—Pet. Docket No. 640—denied. Opinion of the Court of Special Appeals unreported (No. 2322, Sept. Term, 2014).

Johnson, Anthony v. State of Maryland—Pet. Docket No. 55 *—denied. Opinion of the Court of Special Appeals unreported (No. 971, Sept. Term, 2014).

Jones, Ronnie Donald v. State of Maryland—Pet. Docket No. 56 *—dismissed. Dismissed by the Court of Special Appeals (No. 1702, Sept. Term, 2015).

Kelley, Alvin v. State of Maryland—Pet. Docket No. 61 *—denied. Opinion of the Court of Special Appeals unreported (No. 220, Sept. Term, 2015).

Lee, Darren v. State of Maryland—Pet. Docket No. 620—dismissed. Opinion of the Court of Special Appeals unreported (No. 2343, Sept. Term, 2014).

Lyon Villa Venetia v. CSE Mortgage—Pet. Docket No. 39 *—denied. Opinion of the Court of Special Appeals unreported (No. 31, Sept. Term, 2015).

McCoy v. Kamins—Pet. Docket No. 651—denied. (No. 24–C–14–004871, Circuit Court for Baltimore City).

McNeal, Michael v. State of Maryland—Pet. Docket No. 677—denied. Dismissed by the Court of Special Appeals (No. 2755, Sept. Term, 2014).

McNeil, Rudolph v. State of Maryland—Pet. Docket No. 36 *—denied. Opinion of the Court of Special Appeals unreported (No. 1365, Sept. Term, 2014).

Melhorn v. Baltimore-Washington Conference—Pet. Docket No. 57 *—denied. Opinion of the Court of Special Appeals unreported (No. 2065, Sept. Term, 2014).

Muntjan v. Scarfield—Pet. Docket No. 31 *—denied. Opinion of the Court of Special Appeals unreported (No. 1065, Sept. Term, 2012).

### 136 A.3d 818

Murray, George Colin v. State of Maryland—Pet. Docket No. 87 *—denied. Opinion of the Court of Special Appeals unreported (No. 844, Sept. Term, 2014).

Ojiegbe v. Njoku—Pet. Docket No. 46 *—denied. Opinion of the Court of Special Appeals unreported (No. 2276, Sept. Term, 2014).

Phillips v. Gooden—Pet. Docket No. 51 *—denied. Dismissed by the Court of Special Appeals (No. 1149, Sept. Term, 2015).

---

\* September Term, 2016